| | |
|---|---|
| 1 | Jenny H. Wang CA Bar No. 191643 |
| 2 | jenny.wang@ogletree.com<br>OGLETREE, DEAKINS, NASH, SMOAK & |
| 3 | STEWART, P.C.<br>Park Tower, Fifteenth Floor |
| 4 | 695 Town Center Drive<br>Costa Mesa, CA  92626 |
| 5 | Telephone:     714-800-7900<br>Facsimile:      714-754-1298 |
| 6 | Attorneys for Defendant |
| 7 | Aetna Life Insurance Company |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA HILT,<br><br>        Plaintiff,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>        Defendants. | Case No. 3:20-cv-03373-CRB<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint Filed:  May 18, 2020<br>Trial Date:           None Set<br>District Judge:    Hon. Charles R. Breyer<br>                              United States District Judge |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their attorneys of record, that the parties have settled their dispute and request that the above-captioned action be dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: January 15, 2021              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                By:  */s/ Jenny H. Wang*
                     Jenny H. Wang
                     Attorneys for Defendant
                     Aetna Life Insurance Company

DATED: January 15, 2021              KANTOR & KANTOR, LLP

                By:  */s/ Glenn R. Kantor*
                     Glenn R. Kantor
                     Michelle L. Roberts
                     Attorneys for Plaintiff Debra Hilt

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Jenny H. Wang hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

## ~~PROPOSED~~ ORDER

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated:   January 15, 2021                             _____
                              Hon. Charles R. Breyer
                              United States District Judge